UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

          -against-

VANCE COLLINS,

                         Defendant.
------------------------------------------------------------x

19-cr-395 (PKC)

ORDER

CASTEL, U.S.D.J.

      Defendant is granted an extension until November 8, 2019 to file any pretrial motions in this case.

      SO ORDERED.

                                       P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       November 4, 2019