# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

30 East 33rd Street, 4th Fl
New York, New York 10016

**LAURA DI CHIARA, ESQ.**

(212) 679-1958
FAX NO. (646) 307-6984

December 16, 2019

Judge P. Kevin Castel
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re: U.S. v. Vance Collins
19 Cr 395(PKC)

Dear Judge Castel,

Due to the serious nature of the charges presented in this case and and the extensive discovery and work this case requires, I respectfully request that the Court authorize the submission of interim vouchers pursuant to the Criminal Justice Act.

Respectfully,

Gerald J. Di Chiara

Application granted
So Ordered:
Honorable Judge P. Kevin Castel
12-18-19