UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                          19-cr-395 (PKC)

-against-

                                                                          <u>ORDER</u>

VANCE COLLINS,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a conference regarding defendant, Vance Collins, on Monday, January 6, 2020 at 10:30am in the United States Courthouse, 500 Pearl Street, Courtroom 11D. The government should arrange for the production of the defendant for this proceeding. Eric Breslin, the CJA attorney on duty today, is appointed to advise Mr. Collins regarding pre-trial matters and is directed to appear at the January 6th conference.

        SO ORDERED.

Dated: New York, New York
       December 27, 2019

                                                  P. Kevin Castel
                                       United States District Judge