

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

February 13, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

      Re:    **United States v. Collins, No. 19-cr-00395(PKC)**

Dear Judge Castel:

      We are the attorneys for Vance Collins.  We write to request that the pretrial briefing schedule for both the government and the defendants be moved forward two weeks to the following schedule:

- Both government and defendants' motions in limine will be due on March 3, 2020 instead of February 18, 2020;
- All parties' replies will be due March 13, 2020;
- All parties' opposition motions will be due March 20, 2020.

    We require additional time given our recent assignment to the case. The government and Mr. Kluger consent to the requested adjournment.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant this request.  Thank you for your consideration.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                     GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                     PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\10886116.1

DuaneMorris

Honorable P. Kevin Castel
February 13, 2020
Page 2

                                                    Respectfully submitted,

                                                  /s/ Eric R. Breslin

                                                  Eric R. Breslin

CC: All Counsel of Record (VIA ECF)

**SO ORDERED**  _____
                                Honorable P. Kevin Castel, U.S.D.J.