# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

February 13, 2020

Application Granted.

So Ordered: _____

Hon. P. Kevin Castel, U.S.D.J.

2-13-20

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

　　　Re:　　**United States v. Collins, No. 19-cr-00395(PKC)**

Dear Judge Castel:

　　　We are the attorneys for Vance Collins.  We write to request that the pretrial briefing schedule for both the government and the defendants be moved forward two weeks to the following schedule:

- Both government and defendants' motions in limine will be due on March 3, 2020 instead of February 18, 2020;
- All parties' replies will be due March 13, 2020;
- All parties' opposition motions will be due March 20, 2020.

　　　We require additional time given our recent assignment to the case. The government and Mr. Kluger consent to the requested adjournment.

　　　For the Court's convenience, we have included a "So Ordered" line should the Court grant this request.  Thank you for your consideration.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*

GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800       PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\10886116.1

DuaneMorris

Honorable P. Kevin Castel
February 13, 2020
Page 2

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

CC: All Counsel of Record (VIA ECF)

**SO ORDERED**      _____

Honorable P. Kevin Castel, U.S.D.J.