| | **DuaneMorris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO AND SRI LANKA |

February 18, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Collins, No. 19-cr-00395(PKC)

Dear Judge Castel:

We are the attorneys for Vance Collins.

The final pretrial conference in this matter is scheduled for March 27th at 2:00 p.m. Unfortunately, I have to travel to Atlanta that afternoon for a firm-related business function.

I ask the Court if the conference can be rescheduled for the morning of the 27th.

I have conferred with the government and co-counsel and they have no objection to this request.

Respectfully submitted,

Eric R. Breslin

ERB:dc
cc: All Counsel (via ECF)

[Handwritten annotations by judge: "Motions (Doc 41 & 42) are terminated. Conference will be held on March 27 at 10:45 am for all parties. With regard to Mr. Collins' request for an evidentiary hearing (Doc 42), further affidavit from Mr. Collins within seven (7) days on the issue will be required or the issue will be deemed abandoned. SO ORDERED. /s/ 2-19-20"]

---

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*              GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800           PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\10891748.1