UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    19-cr-395 (PKC)

              -against-
                                                    ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

              The Court, having received defendant Vance Collins's declaration dated February

25, 2020, will hold an evidentiary hearing in this matter on Tuesday, March 24, 2020 at 2pm in

the United States Courthouse, 500 Pearl Street, Courtroom 11D.  The government should arrange

for the production of defendant Collins for this proceeding.

              SO ORDERED.



                                    _____
                                          P. Kevin Castel
                                    United States District Judge


Dated: New York, New York
       March 3, 2020