UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

19-cr-395 (PKC)

-against-                                    ORDER

Vance Collins and Ramon Ramirez,

Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Evidentiary Hearing is adjourned from March 24, 2020 to March 25, 2020 at

2:00 p.m. in Courtroom 11D.

      SO ORDERED.


P. Kevin Castel
United States District Judge


Dated: New York, New York
      March 3, 2020