UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                         19-cr-395 (PKC)

    -against-

                                                         <u>ORDER</u>

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        As discussed during the bail teleconference held on April 1, 2020, the evidentiary hearing previously scheduled for Tuesday, April 21, 2020, and the final pretrial conference previously scheduled for Tuesday, April 28, 2020, are VACATED and adjourned until further Order of this Court. Trial in the above-captioned matter, previously scheduled to begin on Monday, May 4, 2020, is adjourned pursuant to Standing Order M-10-468 (CM), suspending all jury trials in this District until on or after June 1, 2020.

        A conference will be held on June 5, 2020 at 2:30pm in Courtroom 11D. The Court finds that the ends of justice will be served by granting a continuance until June 5, 2020 and that the need for a continuance outweighs the best interests of the public and the defendants in a speedy trial. The reasons for this finding are that the continuance is needed in order to protect public health, and because of the national emergency caused by the COVID-19 pandemic. Accordingly, the time until June 5, 2020 is excluded under the Speedy Trial Act.

SO ORDERED.

                                              _____
                                                          P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           April 8, 2020