UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     19-cr-395 (PKC)

      -against-

                                                     <u>ORDER</u>

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Trial in this action will commence on Monday, September 14, 2020 at 10:00am.

        SO ORDERED.

                                                  P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
           April 29, 2020