UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       19-cr-395 (PKC)

           -against-

                                                                                         AMENDED ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                           Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Pursuant to Standing Order M-10-468 (CM) suspending all jury trials in this District until further notice, the Court provisionally scheduled trial in the above-captioned matter to begin on Monday, September 14, 2020. Based on today's teleconference and with the consent of the parties, the provisional trial date is adjourned to **Tuesday, September 29, 2020** at 10:00am.

        As discussed at today's teleconference, the Court will hear argument on the parties' motions in limine on Thursday, July 9, 2020 at 2:00pm, and will hold a suppression hearing with respect to defendant Collins on **Wednesday, July 22, 2020** at 11:00am. If safe and practicable, and subject to the Standing Orders presently in force in this District, the Court hopes to hear these proceedings in Courtroom 11D.

        The conference previously scheduled for June 5, 2020 is VACATED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 13, 2020