UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                           19-cr-395 (PKC)

      -against-

                                                        ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       The hearing on the parties' motions in limine will proceed telephonically on July 9, 2020 at 2:00pm. The call-in information for this hearing is:

        Dial-in:    (888) 363-4749

        Access Code:   3667981

SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       June 30, 2020