UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                            19-cr-395 (PKC)

      -against-

                                                                               ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                            Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The hearing previously scheduled for Thursday, July 9, 2020 is VACATED. The Court will hear argument on the parties' motions <u>in limine</u> on Wednesday, July 22, 2020 at 11:00am, when it also holds a suppression hearing with respect to defendant Collins. It is the Court's expectation that the government will produce the defendants in Courtroom 11D for the July 22 proceeding.

        SO ORDERED.

                                                                           P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
          July 1, 2020