UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        19-cr-395 (PKC)

      -against-

                                                        ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                       Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The hearings in this case will proceed in Courtroom 26B on Wednesday, July 22, 2020 at 11:00am. Members of the public may use the following call-in information to listen to the proceedings:

        <u>Dial-in:</u>      (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                        P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
        July 20, 2020