UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                      19-cr-395 (PKC)

      -against-

                                                                                  ORDER

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The hearing on the parties' motions in limine in this case will proceed telephonically on Tuesday, August 11, 2020 at 2:00pm.  The call-in information for this hearing is as follows:

        Dial-in:       (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                  P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
         August 5, 2020