UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                 19-cr-395 (PKC)

       -against-

                                                                                                <u>ORDER</u>

VANCE COLLINS, a/k/a "Big AK," and
RAMON RAMIREZ, a/k/a "Obendy,"

                            Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Jury selection will commence on October 14, 2020 at 10 a.m. in the Jury Assembly Room of 500 Pearl Street.


        SO ORDERED.

                                                                         *P. Kevin Castel* (signature)
                                                                         P. Kevin Castel
                                                                       United States District Judge

Dated:  New York, New York
            September 2, 2020