UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-cr-395 (PKC) |
| vs. | |
| VANCE COLLINS and RAMON RAMIREZ, | |
| Defendants. | |

### [PROPOSED] ORDER

Upon the request of defendant Vance Collins, by his counsel Eric R. Breslin, Esq., and with good cause shown, it is hereby

**ORDERED** that the Essex County Department of Corrections, the Essex County Correctional Center—Newark, NJ and the United States Marshals Service, accept the following clothing for Mr. Vance Collins, Register Number 207-583-920, to wear for appearances at trial commencing on October 14, 2020 and continuing thereafter:

1. two ties;
2. one sport coat;
3. three button-down shirts;
4. three undershirts;
5. one belt;
6. three pairs of slacks;
7. three pairs of socks; and
8. one pair of shoes.

**IT IS SO ORDERED.**

Dated: New York, New York
       September _ 2020

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

DM1\11395963.1