

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | | NEWARK |
| SAN DIEGO | www.duanemorris.com | LAS VEGAS |
| LOS ANGELES | | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

September 23, 2020

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Vance Collins and Ramon Ramirez*, 19 Cr. 395 (PKC)

Dear Judge Castel,

On behalf of my client, defendant Vance Collins, I respectfully request that the Court enter the enclosed amended clothing order for Mr. Collins, instead directing that his clothing for trial be sent to the Metropolitan Correctional Center (New York). Mr. Collins was transferred back to the Metropolitan Correctional Center on September 22, so the prior order executed on September 8, 2020 (ECF 97) ordering clothes to Essex County Correctional Facility is no longer accurate.

We appreciate the Court's consideration of this request.

                                                          Respectfully submitted,

                                                          /s/ Eric R. Breslin

Enclosure

cc: All counsel of record by ECF

                                                          Eric R. Breslin, Esq.
                                                          Arletta K. Bussiere, Esq.
                                                          DUANE MORRIS LLP
                                                          1037 Raymond Blvd., Suite, 1800
                                                          Newark, NJ 07102
                                                          P: 973-424-2000
                                                          F: 973-424-2001
                                                          Email: erbreslin@duanemorris.com
                                                          Email: abussiere@duanemorris.com
                                                          *Attorneys for Defendant Vance Collins*