UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

VANCE COLLINS and RAMON RAMIREZ,

        Defendants.

: 19-cr-395 (PKC)

---

### [PROPOSED] ORDER

Upon the request of defendant Vance Collins, by his counsel Eric R. Breslin, Esq., and with good cause shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center—New York, and the United States Marshals Service, accept the following clothing for Mr. Vance Collins, Register Number 86959-054, to wear for appearances at trial commencing on October 14, 2020 and continuing thereafter:

1. two ties;
2. one sport coat;
3. three button-down shirts;
4. three undershirts;
5. one belt;
6. three pairs of slacks;
7. three pairs of socks; and
8. one pair of shoes.

**IT IS SO ORDERED.**

Dated: New York, New York
       September     2020

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

9-23-20

DM1\11433985.1