| | | |
|---|---|---|
| NEW YORK |  | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

October 11, 2020

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

   Re: **United States v. Vance Collins, No. 19-cr-00395 (PKC)**

Dear Judge Castel:

  As I informed Your Honor's law clerk via email on Friday, Mr. Hobson and I have been able to resolve the issues addressed in our pending application to revisit certain of the rulings made with reference to the government's in limine motions (ECF #90).  So that the record is clear, these agreements are as follows:

1. The government will withdraw its objection to the appearance of the defense's Santería expert, to testimony about certain Santería beliefs and rituals and to the mention of the Santería religion in the defense's opening statement.  The defense expert will not offer an opinion on the state of mind of Mr. Collins or any other individual, their propensity for involvement in the matters charged in the Indictment, or the impact that adherence to Santería's principles might have had on anyone's behavior.

2. Cross examination on the personal drug use of Mr. Mowatt and Mr. Johnson will be permitted, but will be temporally limited to the period of time after Mr. Mowatt met Mr. Collins and/or Mr. Ramirez, and will be permitted only to the extent the questions go toward the witnesses' perception of relevant events.  Cross-examination on personal drug use will not be permitted for the purpose of showing bad character.

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*  GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\10975693.1

DuaneMorris

Honorable P. Kevin Castel
October 11, 2020
Page 2

3. The government does not object to the cross-examination scenario on the DeGrace murder set forth in our motion, but reserves the right to object to other aspects of cross-examination on the DeGrace murder as it deems appropriate.

    For each of the above three topics, the government reserves its right to object to arguments and testimony that go beyond the agreed-upon areas.

    We thank the Court for its consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

ERB:dc
Cc: All Counsel of Record (Via ECF)