# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

March 24, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten: Sentencing of Vance Collins and Ramon Ramirez is adjourned from April 14 to May 12, 2021, at 11:00 a.m. SO ORDERED. /s/ P. Kevin Castel, USDJ 3-26-21]*

Re: **United States v. Vance Collins and Ramon Ramirez, No. 19-cr-00395 (PKC)**

Dear Judge Castel:

We write on behalf of both Vance Collins and Ramon Ramirez. Both men are scheduled to be sentenced on April 14, 2021 at 11:00 AM. Due to ongoing difficulties resulting from the COVID-19 pandemic, we respectfully request that their sentencings be adjourned three weeks, to a date convenient to the Court after May 6, 2021. We also request that both Mr. Collins and Mr. Ramirez receive in-person sentencing hearings.

As previously communicated to the Court, it has been extremely difficult for counsel to meet with Mr. Collins since his move to Westchester County Department of Correction. Further, the pandemic has caused delays in locating and collecting necessary sentencing information for both men, and certain critical items remain outstanding. The additional time will permit the defense to adequately prepare for sentencing, and we do not anticipate seeking another adjournment.

Mr. Kluger joins this letter on behalf of Mr. Ramirez, and the government consents to the adjournment request.

We thank the Court for its consideration.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*          GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                 PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\10975693.1

DuaneMorris

Honorable P. Kevin Castel
March 24, 2021
Page 2

                      Respectfully submitted,

                      /s/ Eric R. Breslin

                      Eric R. Breslin

ERB:dc
Cc:  All Counsel of Record (Via ECF)