# MATTHEW J. KLUGER
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

April 27, 2021

By ECF and Email
Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    **United States v. Vance Collins and Ramon Ramirez**
                **19 Cr. 395 (PKC)**

Dear Judge Castel,

      Defendants Vance Collins and Ramon Ramirez are scheduled to be sentenced on May 12, 2021. Pursuant to this Court's Individual Rules of Practice for Sentencing Proceedings, defense sentencing submissions, if any, are due two weeks prior to sentencing (here, April 28, 2021). Both defense teams are working diligently to complete their sentencing submissions. However, due to delays caused by the COVID-19 pandemic, the job is being made slightly more difficult than usual. Accordingly, both Mr. Collins and Mr. Ramirez respectfully request that they be permitted to file their respective submissions by this Friday, April 30, 2021, rather than tomorrow.

      A.U.S.A. Adam Hobson has kindly consented to this request.

      Thank you.

                                                  Respectfully Submitted,

                                                  /s/ *Matthew J. Kluger*
                                                  Matthew J. Kluger
                                                  Jodi L. Morales
                                                  *Attorneys for Ramon Ramirez*

/s/ *Eric Breslin*
Eric R. Breslin
Arletta Bussiere
*Attorneys for Vance Collins*

cc: AUSA Frank Balsamello
AUSA Jamie Bagliebter
AUSA Adam Hobson