# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

www.duanemorris.com

June 25, 2021

**Application Granted.**

**So Ordered.**

*[signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

6/29/2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re: **United States v. Collins, No. 19-cr-00395(PKC)**

Dear Judge Castel:

We write regarding the approved post-trial budget for Vance Collins' case.  My associate, Arletta Bussiere, has exceeded the approved budget of 654 hours by an additional 186.3 hours due to obstacles with sentencing preparation caused by the COVID-19 pandemic, along with the unusually complicated nature of Mr. Collins' sentencing memorandum, which included both novel and complex legal arguments. [We request that the approved budget be increased from 654 hours to 840.3 hours to account for the additional time.]

Social distancing requirements and difficulty accessing friends and family members made it very challenging for Ms. Bussiere to communicate with Mr. Collins' friends and family to gather information and collect support letters.  She had to make numerous phone calls, and the initial difficulty in contacting Mr. Collins at Westchester County Department of Corrections made it quite burdensome to obtain his family members' contact information.

The unique circumstances of Mr. Collins' case also necessitated much additional research and briefing work on his sentencing memorandum.  This is especially true with regard to the COVID-19 related arguments, which were based on entirely new case law and research, along the many objections to the presentence report, particularly our objection regarding which Guideline applied to Mr. Collins' sentencing.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.

DUANE MORRIS LLP      *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                        PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\10891819.1

DuaneMorris

Honorable P. Kevin Castel
June 25, 2021
Page 2

    We thank the Court for its consideration.

                                        Respectfully submitted,

                                        /s/ Eric R. Breslin

                                        Eric R. Breslin

cc:  All Counsel of Record (VIA ECF)

**SO ORDERED**   _____
                          Honorable P. Kevin Castel, U.S.D.J.